**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff/Respondent,<br><br>　v.<br><br>CODY KYLE DOBBS,<br><br>　　　　Defendant/Petitioner.<br>　　　　　　　　　　　　　　　　　／ | No. CR 06-00711 SI<br>(Civil No. 10-3402 SI)<br><br>**JUDGMENT** |

Defendant/Petitioner Cody Kyle Dobbs' motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence is denied. Judgment in favor of the United States of America and against defendant is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 7, 2011

　　　　　　　　　　　　　　　　　　　　　　　Susan Illston
　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge