United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff/Respondent,<br><br>　　v.<br><br>CODY KYLE DOBBS,<br><br>　　　　Defendant/Petitioner._____/ | No. CR 06-00711 SI<br>(Civil No. 10-3402 SI)<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

　　　Defendant/Petitioner Cody Kyle Dobbs' motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence was denied and judgment entered thereon on March 3, 2011. The Court denied a motion for reconsideration on May 3, 2011. Defendant/Petitioner now asks this Court for a certificate of appealability (COA). A judge shall grant a COA "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

　　　"Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). This requires an overview of the claims in the habeas petition and a general assessment of their merits. It does not require full consideration of the factual or legal bases adduced in support of the claims. *Miller-El v. Cockrell*, 537 U. S. 322, 336 (2003). A COA does not require a showing that the appeal will succeed. *Id.* at 337. The question is the debatability of the underlying constitutional claim, not the resolution of that debate. *Miller-El*, 537 U. S. at 342.

　　　The Court has thoroughly considered defendant/petitioner's arguments, however certificate of appealability will not issue for this case. *See* 28 U.S.C. § 2253(c). This is not a case in which

"reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. at 484.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 27, 2011

SUSAN ILLSTON
United States District Judge